# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9268587 | OFC Hale | 7510 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/12/2021 /10:06am | HSC 11364 |

Place of Offense: Building 2100599, Camp Pendleton, CA 92055

Offense Description: Factual Basis for Charge     HAZMAT ☐

" Possession of drug paraphernalia "

### DEFENDANT INFORMATION

Last Name: Garcia     Garrett     J.

Street Address: ███████████

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 West Broadway, San Diego CA 92101

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CCW: 03069     *9268587*     ENC (1)

CVB SCAN 01/26/2022 14:8 (×2)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12 OCT, 2021 while exercising my duties as a law enforcement officer in the Southern District of California

I responded to a suspicious person call at Del Mar beach. The reporting party described the individual and explained to dispatch that he could possibly be on drugs. I arrived at Del Mar beach and tracked down the individual in question, Garrett Garcia. I conducted a consentual search of Garrett which revealed a meth pipe stem in his sweatshirt pocket. I also found tin foil with possible meth residue. I also found a bbq lighter on his person. The broken meth pipe stem was consistent with broken glass inside the bathroom where the reporting party saw Garrett.

21-03069

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/12/2021     Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident